HERBERT BECK, P. J. LAWRENCE AND D. G. WATT, APPELLANTS, VS. WILLIAM B. MIRANDA, APPELLEE.

Appeal from Circuit Court Hillsborough county.

*William Hunter*, for Appellants.

*Barron Phillips*, for Appellee.

The bill in this case was filed by the appellants against the appellee and James P. Martin, sheriff of Hillsborough county. There was decree dismissing the bill, and the complainants appeal. Appeal dismissed because no petition of appeal or assignment of errors has been filed.

Decision Per Curiam.

---

CROMWELL GIBBONS, PLAINTIFF IN ERROR, VS. C. B. TOWNS, DEFENDANT IN ERROR.

Writ of Error to Circuit Court Duval county.

*H. H. Buckman*, for Plaintiff in Error.

No appearance for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. The judgment is affirmed.

Decision Per Curiam.